# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TERRY GAFFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:14-cv-01603-JAR |
| ) | |
| ROBERT A. MCDONALD, ) | |
| Secretary of Veterans Affairs, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff Terry Gafford's motion to quash a notice of deposition and for a protective order (Doc. 44). On November 28, 2016, Defendant Robert A. McDonald served Plaintiff with a "notice of video deposition to preserve testimony for trial" which notified him that Defendant intends to depose Lisa Goldstein, who is not a party to this action, on December 13, 2016, in Jacksonville, Florida (Doc. 44.1). In his motion to quash and for a protective order, Plaintiff, an Illinois resident, states that Ms. Goldstein has already been deposed in this matter, and notes that the parties have filed cross-motions for summary judgment, which are now fully briefed and under submission with the Court. Defendant opposes the motion, arguing that he seeks to preserve Ms. Goldstein's testimony, as she will be unavailable for the January 9, 2016 trial in this case. Defendant also notes that, pursuant to the Court's case management order, the parties' pre-trial submissions, including deposition designations, are due no later than December 20, 2016 (Doc. 45).

In order to allow the Court time to consider the parties' motions for summary judgment and Plaintiff's motion to quash and for a protective order,

**IT IS HEREBY ORDERED** that Plaintiff's motion to quash a notice of deposition and for a protective order (Doc. 44) is **GRANTED IN PART.** Lisa Goldstein shall not be required to submit to a deposition in this matter until **Monday, December 19, 2016 or until further Order of the Court**. In light of this ruling, the Court will extend the time for the parties to file their pre-trial materials until **Wednesday, December 28, 2016**.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

Dated this 8th day of December, 2016.